# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1022

_____

| | | |
|---|---|---|
| Benjamin E. Schreiber, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Northern District of Iowa. |
| John Ault; Jerry Manternach; Donald | * | |
| Folkerts, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: February 7, 2002
Filed: February 11, 2002

_____

Before HANSEN, Chief Judge, FAGG and MORRIS SHEPPARD ARNOLD, Circuit
Judges.

_____

PER CURIAM.

Benjamin Schreiber appeals the district court's pre-service dismissal of his 42
U.S.C. § 1983 action as frivolous. Having carefully reviewed the record, we
conclude dismissal was proper for the reasons the district court stated. Accordingly,
we affirm. See 8th Circuit Rule 47B.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.